FILED: January 7, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2271
(1:12-cv-00460-GLR)

_____

KEVIN HARPER, Kevin Harper Personal Representative of the Estate of Claude Alvin Harper, Deceased and Surviving Son of Claude Alvin Harper, Deceased; CAROL JOHNSON HARPER, Use Plaintiff and Surviving Widow of Claude Alvin Harper, Deceased; ALEX HARPER, Surviving Son of Claude Alvin Harper, Deceased; NICOLE COLEMAN, Use Plaintiff and Surviving Daughter of Claude Alvin Harper, Deceased

    Plaintiffs - Appellants

 and

CLAUDE A. HARPER

    Plaintiff

v.

CBS CORPORATION, f/k/a Westinghouse; FOSTER WHEELER CORPORATION; GENERAL ELECTRIC COMPANY; MCIC, f/k/a McCormick Asbestos Co.; OWENS-ILLINOIS GLASS COMPANY, f/k/a Owens-Illinois, Incorporated; PARAMOUNT PACKING & RUBBER CO.; PHELPS PACKING & RUBBER CO.; WALLACE & GALE ASBESTOS SETTLEMENT TRUST; SB DECKING, INC.; FOSTER WHEELER ENERGY CORPORATION

    Defendants - Appellees

 and

ALLTITE GASKETS; ANCHOR PACKING COMPANY; A.W. CHESTERTON COMPANY; BONDEX INTERNATIONAL, INC.; CERTAINTEED CORPORATION, Individually and as Successor to Bestwall Gypsum Co; CONWED CORPORATION; COOPER INDUSTRIES, INC., Individually and as Successors in Interest to Crouse Hinds Co.; CROKER & STALLINGS, INC.; DELAVAL, INC.; DURABLA MANUFACTURING COMPANY; E.L. STEBBING & COMPANY, INCORPORATED; FLINTKOTE COMPANY; THE GOODYEAR TIRE & RUBBER CO.; GREEN, TWEED & CO., Individually and as Successor in Interest to Palmetto, Inc.; HAMPSHIRE INDUSTRIES, INCORPORATED, f/k/a John H. Hampshire Co.; H.B. FULLER COMPANY, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster; HONEYWELL INTERNATIONAL, INCORPORATED, f/k/a Allied Signal, Inc., Successor in Interest to the Bendix Corporation; HOPEMAN BROTHERS, INC.; INTERNATIONAL PAPER COMPANY, INCORPORATED, Individually and as Successor to in Interest to Champion International Corporation and U.S. Plywood Corp.; J.E. STEIGERWALD COMPANY, INC.; JOHN CRANE-HOUDAILLE, INCORPORATED, f/k/a Crane Packing Company; KAISER GYPSUM COMPANY, INCORPORATED; LOFTON CORPORATION, As Successor-in-Interest to Wayne Manufacturing Corporation and Hopeman Manufacturing Corporation; MELRATH GASKET, INCORPORATED; METROPOLITAN LIFE INSURANCE COMPANY; ON MARINE SERVICES, f/k/a Oglebay Norton Company; PFIZER CORPORATION; RPM, INCORPORATED, Individually and as Successor in Interest to and/or alter ego of The Reardon Company and Bondex International; SELBY, BATTERSBY & COMPANY, a/k/a Quaker Chemical Corporation; SQUARE D COMPANY; UNIROYAL, INCORPORATED; UNION CARBIDE CORPORATION; UNIVERSAL REFRACTORIES COMPANY; WARREN PUMPS, INCORPORATED; WAYNE MANUFACTURING CORPORATION; WORTHINGTON PUMP INC., f/k/a Dresser Pump Division; ALFA LAVAL, INCORPORATED; FOSECO, INC.; REUBEN ERNEST LAWSON, JR.; GEORGIA PACIFIC, INC.; BAYER CROPSCIENCE, INCORPORATED, Individually and as Successor In Interest to Benjamin Foster Co., Amchem Products, Inc., H.B. Fuller Co., Aventis CropScience USA, Inc., Rhone-Poulenc AG Company, Inc., Rhone-Poulenc, Inc. and Rhodia, Inc.

    Defendants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Opening brief and Appendix due: 04/10/2015

Response brief due: 07/10/2015

Reply brief: 08/10/2015

                                                          For the Court--By Direction

                                                          <u>/s/ Patricia S. Connor, Clerk</u>