IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| Kevin Harper, et al. | * | |
|     Plaintiffs-Appellants, | * | |
| v. | * | No. 14-2271 |
| CBS Corporation, et al. | * | |
|     Defendants-Appellees. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **MOTION TO TAKE JUDICIAL NOTICE**

Plaintiffs-Appellants Kevin Harper, Personal Representative of the Estate of Claude Alvin Harper, Deceased, et al., by their attorneys Harry Goldman, Jr., Robert G. Skeen, Skeen, Goldman, LLP and John Amato, IV, Goodman, Meagher & Enoch, LLP, move the Court to take judicial notice, as follows:

    1.    All counsel have been given advance written notice of the filing of this Motion.

    2.    The Motion is made pursuant to Rule 2.01 of the Federal Rules of Evidence.

    3.    Plaintiffs-Appellants particularly move the Court to take judicial notice of Its own records in the case of <u>Shetterly, Personal Representative, et al. v. Raymark Industries, Inc.</u>, United States Court of Appeals for the Fourth Circuit, 117 F.3d 776 (July 1, 1997). Specifically Plaintiffs-Appellants ask that The Court take judicial notice of the transcript of testimony of the witness Allan Stokely whose testimony transcript is attached hereto as Exhibit 1 being his trial testimony in the United States District Court for the District of Maryland in the case entitled <u>Mildred Shetterly, et al., Plaintiffs v.</u>

<u>Keane Corporation, et al. Defendant</u>, Civil No. HAR-83-857, on November 16, 1987 (Exhibit 1) as well as his deposition testimony in the United States District Court for the District of Maryland <u>in lay Key Highway, Fairfield and Sparrows Point Shipyards Asbestos Cases BML No. 1 All Cases dated December 7, 1983</u>. (Exhibit 2)

4. All of said testimony is itemized in a letter to all counsel dated January 7, 2015 which is also attached hereto as Exhibit 3.

5. In summary, the witness Stokely worked as a salesman and estimator for an asbestos supplier and installer company called AC&S and testifies with respect to insulation sales and installation at Key Highway Shipyard from approximately 1965 to 1975, a period during which Plaintiffs-Appellant's Decedent Claude Alvin Harper, with the exception of his Army Service, was employed there as welder burner.

6. The witness described the conversion process (also known as "jumblelization") of various ships, during which either a forebody or a midbody was added to the vessel, after extensive removal of asbestos and reinsulation of pipes, boilers, turbines, pumps and other machinery. The conversion process took many months. The witness also named several other insulation companies which were competitors of AC&S at the time, namely Wallace and Gale and MCIC (McCormick), who performed that work.

7. Plaintiffs-Appellants submit that this is further relevant evidence which should be considered in the submission and decision of this Appeal.

WHEREFORE, Plaintiffs-Appellants move as aforesaid.

Respectfully submitted,

<u>/s/ Harry Goldman, Jr.</u>
Harry Goldman, Jr.

/s/ Robert G. Skeen
Robert G. Skeen
Skeen, Goldman, LLP
11 E. Lexington Street, 4th Floor
Baltimore, MD 21202
410-837-4222
Fax: 410-685-7155
skeengoldman@verizon.net
Attorneys for Plaintiff
Estate of Claude A. Harper, et al.

/s/ John Amato, IV
John Amato, IV, Esq.
Goodman, Meagher & Enoch, LLP
111 N. Charles Street, 7th Floor
Baltimore, MD 21201-3892
410-752-3666
Fax: 410-752-6391
jamato@gmelaw.com
Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on this 12th day of January 2015, a copy of the foregoing was served by electron submission via CM/ECF, in accordance with the Federal Rules of Appellate Procedure and Local Rules of the United States Court of Appeals for the Fourth Circuit, to all counsel of Record.

/s/ Harry Goldman, Jr.
Harry Goldman, Jr.